UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | No. 2:13-cv-2031 CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. JOHNSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights occurred in Kings County, which is part of the Fresno division of this court. See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may be transferred to the proper division. Therefore, this action will be transferred to the Fresno division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

/////

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated: October 4, 2013

                _____
                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE

grif2031.22