# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. JOHNSON, et al.,<br><br>　　　　Defendants. | 1:13-cv-01599-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION/REQUEST FOR SERVICE OF COMPLAINT AND OBJECTIONS TO SCREENING ORDER AS MOOT<br>(ECF No. 20)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT NUNC PRO TUNC<br>(ECF Nos. 20, 21) |

   Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 18, 2014, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), and found that he stated a cognizable Eighth Amendment claim for deliberate indifference to serious medical needs against Defendants Johnson, Gonzales, Valdez, Sexton, Ross, Thor, Doe, Kul, Busch and Bell, but did not state any other claims.  Therefore, the Court directed Plaintiff to either file a first amended complaint or notify the Court that he was willing to proceed only on the cognizable claims.  (ECF No. 17.)

   On December 29, 2014, Plaintiff filed a motion requesting service of the original complaint, objections to the screening order and a motion for extension of time to file his amended complaint.  (ECF No. 20.)

On January 20, 2015, Plaintiff filed a second motion for a 60-day extension of time to comply with the screening order.  (ECF No. 21.)

On February 20, 2015, Plaintiff filed his first amended complaint.  (ECF No. 23.)

Based on the filing of a first amended complaint, Plaintiff's motion requesting service of the original complaint and his objections to the screening order granting him leave to amend HIS complaint are now moot and HEREBY DENIED.  However, Plaintiff established good cause for the extensions of time to file his first amended complaint.  Accordingly, Plaintiff's requests to extend the time to file his first amended complaint are HEREBY GRANTED NUNC PRO TUNC.  Plaintiff is advised that his first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 15, 2015**                              /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE