# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>          Plaintiff,<br><br>     v.<br><br>A. JOHNSON, et al.,<br><br>          Defendants. | )  1:13-cv-01599-LJO-BAM (PC)<br>)<br>)  ORDER REGARDING PLAINTIFF'S<br>)  NOTICE OF REFUSAL TO COPY<br>)  DOCUMENTS FOR SERVICE OF<br>)  PROCESS<br>)<br>)  ORDER TO THE CLERK TO MAKE<br>)  COPIES<br>)<br>)  (ECF No. 34)<br>)<br>) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner currently housed at the Saguaro Correctional Center in Arizona, operated by the Corrections Corporation of America ("CCA"). He is proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, claiming his Eight Amendment rights have been violated.

On August 4, 2015, the Court authorized service on several of the defendants named in Plaintiff's first amended complaint, and directed him to provide, among other things, copies of his amended complaint to serve those defendants. (ECF No. 27.) Plaintiff indicates that he has requested on several occasions for prison officials at Saguaro Correctional Center to provide him the required copies pursuant to this Court's order. (ECF Nos. 30, 34.) In the instant notice to the Court, Plaintiff states that the prison officials at Saguaro Correctional Center refused to provide him more than three copies of his amended complaint due to CCA's policies, despite this Court's

order indicating he is required to provide twelve copies of his endorsed first amended complaint. (ECF No. 34.)  He has submitted eleven completed summonses, eleven USM-285 forms, and three copies of the amended complaint.  (ECF No. 33.)

The Court finds Plaintiff has shown good cause, under these circumstances, for failing to provide all of the necessary copies of the amended complaint. As a result, the Court will order the clerk's office of this Court to provide the remaining copies of the amended complaint needed for service. However, Plaintiff is admonished that this is an exceptional circumstance, and full compliance with this Court's orders will be required in the future. Plaintiff is also warned that failure to comply with any Court order or rule may result in dismissal of one or more defendants from this action.

Accordingly, IT IS HEREBY ORDERED that:

The Clerk's Office shall provide the nine (9) necessary additional copies of Plaintiff's amended complaint required for service.


IT IS SO ORDERED.

Dated:   __**September 16, 2015**__          ___/s/ *Barbara A. McAuliffe*___
                                            UNITED STATES MAGISTRATE JUDGE