UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>              Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>              Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>**ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS BUSCH, GONZALES, JOHNSON, AND MUNOZ**<br><br>Exhaustion Motion Filing Deadline: **May 01, 2016**<br><br>Deadline to Amend Pleadings:<br>**August 01, 2016**<br><br>Discovery Deadline: **October 01, 2016**<br><br>Dispositive Motion Filing Deadline:<br>**December 12, 2016** |

     Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint for excessive force and for deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Johnson, Gonzales, Valdez, Munoz, Sexton, Ross, Thor, Doe, Kul, Busch, Bell, and Smith.

1

On February 1, 2016, following the filing of an answer to Plaintiff's complaint by Defendants Bell, Kul, Ross, Sexton, Smith, Thor and Valdez, the Court issued a discovery and scheduling order. (ECF No. 48.) A few days later, on February 5, 2016, Defendants Busch, Gonzales, Johnson, and Munoz each filed their own respective answers to Plaintiff's complaint. (ECF Nos. 54-57.)

Accordingly, application of the discovery and scheduling order issued on February 1, 2016, (ECF No. 48), is HEREBY EXTENDED to Defendants Busch, Gonzales, Johnson, and Munoz, including the following deadlines: exhaustion motion filing deadline of **May 01, 2016**; deadline to amend pleadings of **August 01, 2016**; discovery deadline of **October 01, 2016**; and the dispositive motion filing deadline of **December 12, 2016**.

IT IS SO ORDERED.

Dated: **February 8, 2016**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE