UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>**AMENDED ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Settlement Conference: **May 04, 2016 at 9:00 a.m.**<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE VIA EMAIL** |

　　　　Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2016, the Court previously set a settlement conference in this matter for May 4, 2016 at 9:00 a.m. before Magistrate Judge Kendall J. Newman. (ECF No. 60.) Defendants were ordered to attend the conference in person. At Defendants' request, Plaintiff was ordered to appear at the conference via video conference from the Alexander Correctional Institution ("ACI") in Taylorsville, North Carolina, where Plaintiff is currently housed.

　　　　On February 29, 2016, Jodi Harrison, Assistant General Counsel of the North Carolina Department of Public Safety, informed the Court via letter that ACI does not have the technical capabilities to provide for videoconferencing, but that Plaintiff can be

1

made available on May 4, 2016 at 9:00 a.m. via conference call. (ECF No. 63.) The Court has been further informed that Judge Newman is not opposed to conducting the settlement conference with Plaintiff attending via telephonic conference call.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff will appear at the settlement conference by telephonic conference call, from his place of confinement, as directed by separate order;

2. All other provisions of the Court's February 12, 2016 order stand, including all dates and deadlines set in the order; and

3. The Clerk of the Court is directed to serve a copy of this order by email to DPS_AC_Prisons_Attph@ncdps.gov.

IT IS SO ORDERED.

Dated: **March 3, 2016**                /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE