UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01599-LJO-BAM (PC)<br><br>**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE MATTHEW JAMES GRIFFIN, #1481522, VIA TELEPHONIC CONFERENCE CALL**<br><br>Date: **May 04, 2016**<br>Time: **9:00 a.m.** |

　　　**Matthew James Griffin, # 1481522**, a necessary and material witness in a settlement conference in this case on May 4, 2016, is confined in the Alexander Correctional Institution, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephonic conference call** before Magistrate Judge Kendall J. Newman from the Alexander Correctional Institution, on Wednesday, May 4, 2016 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephonic conference call before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Alexander Correctional Institution, 633 Old Landfill Road, Taylorsville, N.C. 28681:**

**WE COMMAND** you to produce the inmate named above via telephonic conference call at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:　**March 3, 2016**　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE