UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>    Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>ORDER LIFTING STAY OF DISCOVERY |

  Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint for excessive force and for deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Johnson, Gonzales, Valdez, Munoz, Sexton, Ross, Thor, Doe, Kul, Busch, Bell, and Smith.

  Discovery was stayed in this matter pending the outcome of a settlement conference, at Defendants' request. (ECF No. 70.) Defendants particularly requested a protective order from responding to Plaintiff's written discovery, and Plaintiff informed the Court that he served requests for production on or about February 21, 2016, which required responses.

1   A settlement conference before Magistrate Judge Kendall J. Newman was held on
2   May 4, 2016. (ECF No. 74.) The Court is informed that the case did not settle. This case
3   is now ready to proceed.
4   Accordingly, IT IS HEREBY ORDERED that:
5   1.   The stay of discovery in this matter is LIFTED; and,
6   2.   Defendants SHALL respond to Plaintiff's requests for production on or
7   before thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 5, 2016**         /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE