UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>             Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>             Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S FIRST AMENDED MOTION TO LIFT STAY OF DISCOVERY<br><br>(ECF No. 76)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REQUIRE RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS<br><br>(ECF No. 77) |

    Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint for excessive force and for deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Johnson, Gonzales, Valdez, Munoz, Sexton, Ross, Thor, Doe, Kul, Busch, Bell, and Smith.

    Currently before the Court are two motions by Plaintiff: (1) a motion to lift the stay of discovery in this matter, (ECF No. 76); and (2) a motion to require responses to

Plaintiff's first set of requests for production, (ECF No. 77.) Both of these motions are denied, because they are moot.

On May 5, 2016, the Court previously issued an order lifting the stay of discovery in this case, and requiring Defendants to respond to Plaintiff's requests for production within thirty (30) days of the date of service of that order. (ECF No. 75.) Thus, the relief Plaintiff seeks in his motions has already been granted. The May 5, 2016 order may have crossed Plaintiff's motions in the mail, but he is now fully informed by the Court of the current status. No further motions or filings regarding this specific relief are needed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended motion to lift the stay of discovery in this matter (ECF No. 76) is DENIED as moot; and,

2. Plaintiff's motion to require responses to his first set of requests for production (ECF No. 77) is DENIED as moot.

IT IS SO ORDERED.

Dated: **May 16, 2016**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE