UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A JURY FEE WAIVER<br><br>(ECF No. 82) |

　　　　Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint for excessive force and for deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Johnson, Gonzales, Valdez, Munoz, Sexton, Ross, Thor, Doe, Kul, Busch, Bell, and Smith.

　　　　On December 2, 2013, Plaintiff filed a first set of proposed jury instructions. (ECF No. 14.) Currently before the Court are Plaintiff's supplemental proposed jury instructions and request for a jury fee waiver, filed June 13, 2016 and entered on June 17, 2016. (ECF No. 82.) Regarding Plaintiff's proposed jury instructions, as supplemented, the Court informs Plaintiff that if and when a trial is scheduled and confirmed in this

1

1  matter, Plaintiff will be advised of the procedures, rules, and deadlines for filing proposed
2  jury instructions. The Court recommends that Plaintiff wait for such information prior to
3  submitting additional proposed jury instructions.
4      Regarding Plaintiff's request for a jury fee waiver, the Court informs Plaintiff that
5  it does not require jury fees. As a result, his request for a jury fee waiver is unnecessary.
6      Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a jury fee
7  waiver, (ECF No. 82), is DENIED.
8
9  IT IS SO ORDERED.
10     Dated:   **June 20, 2016**             /s/ *Barbara A. McAuliffe*
11                                    UNITED STATES MAGISTRATE JUDGE