Name: Matthew James Griffin
DOC#: 1481522
Address: 633 Old Landfill Rd
Taylorsville, NC 28681
Phone: 828-632-1331

*Expedited hearing requested to set conditions of deposition of plaintiff scheduled for 13 SEP 2016, at the prison.*

FILED
SEP 06 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE __EASTERN__ DISTRICT OF __CALIFORNIA__

Matthew James Griffin,

　　Plaintiff,

vs.

A. Johnson, et al.,

　　Defendant(s).

No. 1:13-cv-01599-LJO-BAM

**PLAINTIFF'S MOTION TO TAKE DEPOSITIONS AND SET THE CONDITIONS UPON WHICH DEPOSITIONS ARE CONDUCTED AT THE PRISON**

　　Plaintiff, __Matthew James Griffin__, pro se, hereby moves this Court for an Order allowing Plaintiff, a state prison inmate, to take depositions of each of the named Defendants and an Order setting the conditions under which the depositions will be taken. For his Motion, Plaintiff states:

　　A.　Plaintiff made a good faith effort to resolve this discovery matter before presenting it to the Court. Opposing Counsel ~~was contacted and indicates that the Defendants [ ] concur in this motion,~~ may or may not [×] oppose this motion. Prison officials denied phone call.

　　B.　Plaintiff requests an Order so that he may take depositions at the prison.

　　C.　Plaintiff requests an Order setting the conditions of the depositions as follows:

Plaintiff's Motion to Take and
Set Conditions of Depositions -1

FX-25

1. Depositions in this civil action may be taken by any party upon notice and shall be recorded either stenographically or by audio recording.

2. Depositions of parties in this civil action will be taken remotely by telephone or video conferencing, or at the prison where Plaintiff is confined within the Attorney Visiting Room or other suitable location to be designated by prison officials. The prison will provide security for the proceedings.

3. No party to this civil action may serve as a member of the security detail at any deposition. Any party may attend any deposition in this civil action, except that Plaintiff may appear by telephone or video conferencing at the deposition of a non-party witness that is taken beyond the confines of the prison.

4. Plaintiff will be confined within the secure perimeter of the prison during any deposition in this civil action. The deposition area will be locked and will contain a stool or chair, a fold down desk top, a pen and a copy of the Federal Rules of Evidence and Federal Rules of Civil Procedure. Plaintiff will be permitted to write and take notes during any deposition.

5. Plaintiff will be permitted to bring, or have brought for him, to the deposition a writing tablet or other paper, his notes, exhibits and other legal documents he reasonably intends to use at the depositions.

6. Depositions will be scheduled and conducted in such a manner as to allow Plaintiff to eat his meals in his assigned cell at regularly scheduled meal times.

7. Drinking water and paper or styrofoam cups will be available to all parties at the depositions. The prison will provide suitable restroom accommodations for all parties or participants in any of the depositions. If Plaintiff needs to utilize a restroom during a

Plaintiff's Motion to Take and
Set Conditions of Depositions -2

FX-25

1  deposition, upon adjournment, Plaintiff will be ~~placed in full restraints and will be~~ [1] taken to a

2  secure cell to use the restroom and will then be returned to the deposition area.

3        8. Depositions taken at the Prison will be admissible to the extent permitted by the

4  Federal Rules of Evidence. ~~Plaintiff may be required to wear ankle restraints at his or any~~

5  ~~other deposition.~~ [2] If Plaintiff's deposition is taken by way of videography his restraints may

6  not be visible and no other person may appear within the framed camera view of Plaintiff

7  while he is being deposed.

8        9. Plaintiff at the time his deposition is taken may, if he chooses, deliver to the

9  officer before whom the deposition is taken written questions that the officer will propound

10 to Plaintiff and record Plaintiff's answers verbatim.

11       10. Plaintiff's notes are shielded by the work product doctrine and may not be taken

12 from Plaintiff, marked or offered as an exhibit during a deposition.

13       11. Plaintiff will be permitted a Rule 30 review of his deposition via the mail. The

14 transcript shall be mailed to Plaintiff at the Penitentiary together with a pre-paid method of

15 returning the transcript. The Defendant's Attorneys will provide Plaintiff with access to a

16 Notary Public to sign the deposition and will allow Plaintiff to make a copy of the deposition.

17 The rates will be fixed as follows: ten dollar ($10.00) for the notarization of a signature and

18 ten cents (10¢) per page for photo-copying. Plaintiff will request these services from prison

19 officials, sign for the same, and the services will be billed to Plaintiff's account irregardless

20 of the amount of money this will cause Plaintiff to owe the Facility. Plaintiff will sign and

21 return the original transcript or certified copy thereof within thirty (30) days.

22       12. The Defendant's Attorneys will make arrangements with the Warden of the

23 Prison to permit Plaintiff to purchase from a vendor a digital voice recording device with

---

[1] Plaintiff is a general population prisoner.
[2] General Population prisoners are not restrained within the prison.

Plaintiff's Motion to Take and
Set Conditions of Depositions -3

FX-25

external memory and audio accessories. The recorder and accessories will be mailed from the vendor to the Facility. Upon receipt the digital voice recorder and accessories will be placed in Plaintiff's *restricted* property at the prison Property Room or Law Library storage area.

13. Plaintiff's depositions of the Defendants will be taken upon oral examination by non-stenographic means. The method of recording will be by digital voice recorder. Plaintiff will take his depositions before a Notary Public designated and provided by the prison where he is confined or by the office of opposing counsel.

14. The designated Notary Public will utilize the digital voice recorder held in Plaintiff's restricted property or other agreed upon recording device to record the depositions in the manner required by the Federal Rules of Civil Procedure. Any party at their own expense may obtain a copy of the recording and proffered exhibits. At the conclusion of the deposition the designated Notary Public will forward by mail the digital audio recordings and exhibits, if any, to a company or person designated by Plaintiff for transcription or duplication of the recording and exhibits. Plaintiff will sign an Account Withdrawal Form for the cost of this mailing to be billed to his account.

15. After the conclusion of any deposition the audio recording device, audio accessories and any external memory cards (other than any to be mailed out for transcription) will be returned to Plaintiff's *restricted* property at the prison's Property Room or other secure legal storage area for the Plaintiff's continued use in this civil action.

**WHEREFORE**, Plaintiff respectfully requests an Order so that Plaintiff may take depositions of the named Defendants and an Order setting the conditions upon which the depositions in this case will be conducted.

1   **DATED** this ___O1___ day of ___September___, 20_16_.

Name: _MATTHEW JAMES GRIFFIN_
DOC#: _1481522_
Address: _633 Old Leaf Fill Road_
_Taylorsville, NC 28681_
Phone: _828-632-1331_

Certificate of Service: _____ attached.
                       _____ filed separately.
                       _____ will be filed.
                       _____ ex-parte motion.
                       __X__ served via Courts CM/ECF System.

Plaintiff's Motion to Take and
Set Conditions of Depositions -5

FX-25