KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
KHALIAH M. BURNLEY, State Bar No. 305110
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-3303
 Fax: (916) 324-5205
 E-mail: Liah.Burnley@doj.ca.gov
*Attorneys for Defendants Bell, Kul, Ross, Sexton, Smith, Thor, and Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>                              Plaintiff,<br><br>      v.<br><br>A. JOHNSON, et al.,<br><br>                              Defendants. | 1:13-cv-01599-LJO-BAM<br><br>**DEFENDANTS' EX PARTE MOTION TO TAKE PLAINTIFF-INMATE MATTHEW JAMES GRIFFIN'S DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS; DECLARATION OF COUNSEL**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:         The Honorable Barbara A. McAuliffe<br>Trial Date:<br>Action Filed:  February 20, 2015 |

**REQUEST TO TAKE PLAINTIFF'S DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS**

Defendants request an order allowing them to take the deposition of Plaintiff Matthew James Griffin, an inmate incarcerated at Alexandria Correctional Institution in Taylorsville, North Carolina on Friday, September 23, 2016, at 10:00 a.m. Defendants further request an Order commanding the custodian at Alexandria Correctional Institution to provide security during the

1

deposition, including at least two correctional guards in the room at all times during the deposition.  Defendants further request that the Court order the custodian to secure Plaintiff in full restraints, including ankle, wrist, and waist restraints, or in the alternative, ensure Plaintiff is confined in a holding cell during the duration of the deposition. .  Defendants' request is supported by the following declaration of counsel and attached declaration of California State Prison, Corcoran Litigation Coordinator M. Kimbrell.

## **DECLARATION OF COUNSEL**

I, Khaliah M. Burnley, declare:

1. I am an attorney licensed to practice in the State of California.  I am employed by the Office of the Attorney General of the State of California, and I am assigned to represent the Defendants Bell, Kul, Ross, Sexton, Smith, Thor, and Valdez in this action.

2. On August 26, 2016, our office noticed Inmate James Matthew Griffin's deposition and served a copy to him.  A true and correct copy of the Notice is attached as Exhibit A.  On August 31, 2016, our office sent Inmate James Matthew Griffin a subpoena demanding he attend the deposition.  A true and correct copy of the subpoena is attached as Exhibit B.

3.  In response, I was informed by an official at Alexandria Correctional Institution, that I would not be allowed to take the deposition of any inmate, including Matthew James Griffin, without a court order.  As such, I request the Court to issue an order allowing Defendants to take Plaintiff's deposition on September 23, 2016, at 10:00 a.m. at Alexandria Correctional Institution in Taylorsville, North Carolina.  Plaintiff is a necessary and material witness in this case.  Plaintiff's deposition is crucial to Defendants' ability to adequately defend against Plaintiff's claims.  Alexandria Correctional Institution does not have video-conferencing capabilities.  Consequently, I must travel to North Carolina to depose Plaintiff.  Defendants will be prejudiced if I am not allowed to access inmate Matthew James Griffin to take his deposition.  Also, unnecessary time and costs will be expended if I travel to North Carolina and am not permitted to depose Plaintiff.

/ / /

/ / /

4. I was also informed by an official at Alexandria Correctional Institution that inmate-Plaintiff James Matthew Griffin will not be restrained during the deposition and correctional guards will not be present during the deposition.

5. An inmate's central file contains an inmate's criminal and disciplinary records and is made and kept as a part of CDCR's regular business activity, and contain written details of information transmitted by CDCR personnel with knowledge of such information. The information included within Plaintiff's central file was memorialized at or near the time of the events documented, in accordance with CDCR's required practice. I requested Plaintiff's central file from CDCR. My review of the records in Plaintiff's central file revealed that there is a manifest need for restraints given Plaintiff's violent character, disciplinary history, and nature of his commitment offence. Inmate Griffin, a former police officer and marine, is a highly dangerous individual who has assaulted staff over fifty times through his confinement in New Mexico and California. Plaintiff has physically and verbally assaulted staff members, battered staff members with weapons, and has thrown feces and urine at staff members. While Plaintiff was confined at California State Prison, Corcoran, he was housed in the Security Housing Unit, the highest security level housing unit possible. Additionally, I have been informed by several attorneys who have litigated other actions against Plaintiff, that Plaintiff's behavior reflects a willingness to strike anyone who approaches him at any available opportunity. A true and correct copy of portions of Plaintiff's disciplinary history, along with a declaration of custodian of records, is attached as Exhibit C.

///

///

///

3

DEFENDANTS' EX PARTE MOTION TO TAKE PLAINTIFF-INMATE MATTHEW JAMES GRIFFIN'S DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS (1:13-cv-01599-LJO-BAM)

6. Given Plaintiff's unpredictable and assaultive behavior, I fear for my safety unless adequate security precautions are taken. I am uncomfortable in the presence of Plaintiff unless I am accompanied by at least two correctional guards *and* Plaintiff is secured by restraints or confined in a holding cell throughout the entirety of the deposition. I cannot adequately depose Plaintiff in unsafe conditions and Defendants will be prejudiced if Plaintiff is unrestrained. Thus, I request the Court issue an order, compelling the custodian at Alexandria Correctional Institution to physically detain Plaintiff throughout the deposition.

Dated: September 9, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MICHELLE L. ANGUS
Supervising Deputy Attorney General


*/s/ Khaliah M. Burnley*

KHALIAH M. BURNLEY
Deputy Attorney General
*Attorneys for Defendants Bell, Kul, Ross, Sexton, Smith, Thor, and Valdez*

SA2015302790
12405723.doc

4

DEFENDANTS' EX PARTE MOTION TO TAKE PLAINTIFF-INMATE MATTHEW JAMES GRIFFIN'S DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS   (1:13-cv-01599-LJO-BAM)