IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:13-cv-01599-LJO-BAM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO TAKE PLAINTIFF-INMATE MATTHEW JAMES GRIFFIN'S DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS** |

The Court, having Considered Defendants' Motion to Take Plaintiff-Inmate Matthew James Griffin's Deposition, and good cause having been found:

IT IS HEREBY ORDERED: Defendants' Motion to Take Plaintiff-Inmate Matthew James Griffin's Deposition is granted.  Plaintiff Matthew James Griffin, # 1481522, a necessary and material witness in this case is an inmate confined in Alexander Correctional Institution, in the custody of the Warden.  In order to secure inmate-Plaintiff Matthew James Griffin's attendance at his deposition, the Court commands that custodian to produce the inmate to appear at Alexandria Correctional Institution, 633 Old Landfill Road, Taylorsville, North Carolina on Friday September 23, 2016, at 10:00 a.m., until completion of the deposition.

1

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO TAKE PLAINTIFF'S
DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS (1:13-cv-01599-LJO-BAM)

1  The custodian is further commanded to physically restrain inmate-Plaintiff Matthew James Griffin with writs, waist, and ankle cuffs and ensure that security personnel is present in the deposition room during the entirety of the deposition.  In the alternative, the custodian may secure inmate-Plaintiff Matthew James Griffin in a holding cell, until completion of the deposition.

Dated:  _____              _____
                                                                                         The Honorable Barbara A. McAuliffe

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO TAKE PLAINTIFF'S DEPOSITION AND REQUEST FOR PHYSICAL RESTRAINTS (1:13-cv-01599-LJO-BAM)