UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>             Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>             Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY, WITHOUT PREJUDICE<br><br>(ECF No. 90) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendants' motion to compel discovery responses, filed September 7, 2016. (ECF No. 90.) In their motion, Defendants assert, with a declaration that they have not received responses to their discovery requests which were served on Plaintiff on June 23, 2016, and they seek an order compelling his responses.

The Court has issued an order just after Defendants' motion was filed denying Plaintiff's request for an extension of time to respond to such discovery requests. (ECF No. 92.) The Court further ordered Plaintiff to provide the discovery responses that Defendants seek within fourteen (14) days of service of that order, which was served on September 7, 2016. Therefore, Plaintiff's

1

1 responses are due by September 26, 2016. Consequently, Defendants' request for an order
2 compelling such responses is moot. The current motion will be denied without prejudice to
3 Defendants re-raising it, if necessary and if timely made.
4     Accordingly, IT IS HEREBY ORDERED that Defendants motion to compel, filed on
5 September 7, 2016 (ECF No. 90) is DENIED, without prejudice.

IT IS SO ORDERED.

   Dated:   **September 12, 2016**         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE