UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01599-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO SET THE CONDITIONS UPON WHICH DEPOSITIONS ARE CONDUCTED AT THE PRISON<br><br>(ECF No. 99) |

　　Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's second motion to set the conditions upon which depositions are conducted at the prison, filed September 19, 2016. (ECF No. 99.)

　　The Court issued an order on September 12, 2016, denying Plaintiff's previous motion to set deposition conditions at the prison. (ECF No. 95.) That order and this current motion may have crossed in the mail. The current motion is duplicative of the prior motion; therefore, for the reasons explained in the Court's September 12, 2016 order, this second motion is also denied.

///

///

1

1   Accordingly, IT IS HEREBY ORDERED that Plaintiff's second motion to set the
2   conditions upon which depositions are conducted at the prison, filed September 19, 2016 (ECF
3   No. 99) is DENIED.

IT IS SO ORDERED.

   Dated:   **September 20, 2016**           /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE