

1  Matthew James Griffin
2  1481522
3  623 Old Landfill Road
4  Taylorsville, NC 28681

6  United States District Court
7  Eastern District of California

9  Matthew James Griffin,
11  Plaintiff,
12  No. 1:13-cv-01599-LJO-BAM
13  vs.
14  Plaintiff's Rule 32
15  A. Johnson, et al.,  Motion to Supress
16  Deposition Transcript
17  Defendants,  and Testimony

20  Plaintiff, Matthew James Griffin, pro se,
22  pursuant to Rules 30 and 32 of the
23  Federal Rules of Civil Procedure hereby moves
24  this Court for an Order supressing his
26  Deposition Transcript and Testimony of

September 23, 2016 in this civil action. In support of his Motion and as grounds therefor, plaintiff states:

1. Plaintiff incorporates by reference his Verified Fifth Objection (Doc ___) as if the same were fully set forth herein.

2. Plaintiff made a timely Rule 30 request to review and sign the transcript. Plaintiff has been denied the opportunity to review + sign. See, Plaintiff's Verified Fifth Objection (Doc ___).

Wherefore, Plaintiff requests an Order of this Court suppressing the Deposition transcript and testimony of September 23, 2016 and awarding Plaintiff all his costs and ancillary

FORM J-45a

2

in relation to this motion, related documents, and all aspects of Plaintiff's time in relation to his preparation and attendance at the September 23, 2016, including also the costs of his time necessarily diverted from other legal matters. Plaintiff requests that the Order also specify that the transcript and testimony may not be used for any purpose in this or any other civil or criminal cause of action.

Dated this 18 day of October 2016

/s/ Matthew James Griffin

MATTHEW JAMES GRIFFIN
1481522
633 Old Landfill Road
Taylorsville, NC 28681

Served via the Courts
ECF/CM.

3

FORM J-45a