**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01599-LJO-BAM (PC)<br><br>ORDER TERMINATING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS AND MOTION TO DISMISS (ECF No. 108)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS, AS MOOT (ECF No. 117)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. On September 28, 2016, Defendants filed a combined motion to revoke Plaintiff's *in forma pauperis* status and a motion to dismiss ("Three-Strike Motion"). (ECF No. 108.) Subsequently, Plaintiff requested an extension of time to respond to the Three-Strike Motion. (ECF No. 117.)

Defendants have now withdrawn their Three-Strike Motion. (ECF No. 139.) Accordingly, the Court HEREBY ORDERS:

　　1.　　Defendants' combined motion to revoke Plaintiff's *in forma pauperis* status and motion to dismiss (ECF No. 108) is deemed WITHDRAWN; and

///

1

2. Plaintiff's motion for a thirty (30) day extension of time to respond to Defendants' motion to revoke Plaintiff's *in forma pauperis* status and motion to dismiss (ECF No. 117) is DENIED, as moot.

IT IS SO ORDERED.

Dated:   **November 16, 2016**         /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE