UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MATTHEW JAMES GRIFFIN, | Case No. 1:13-CV-01599-LJO-BAM (PC) |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF CDCR TRUST ACCOUNT STATEMENT AND TO REQUIRE TRANSMITTAL OF DEDUCTED FILING FEE TO THE COURT IN COMPLIANCE WITH ORDER (doc. 6) |
| v. | |
| A. JOHNSON, et al., | |
| Defendants. | |
| | (ECF No. 119) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion to compel production of CDCR trust account statement and to require transmittal of deducted filing fee to the Court in compliance with order, filed October 11, 2016. (ECF No. 119.) According to Plaintiff's papers, the motion to compel was filed because "Defendants, by Motion (doc 108 at page 4, lines 10-12) have requested this Court order Plaintiff to pay the filing fee (again)." (ECF No. 119 at p. 3). Plaintiff explains that the Court already required him to pay the filing fee in full by way of deduction from his CDCR trust account. (*Id.* at p. 2.)

Defendants' motion, referenced by Plaintiff, sought to revoke Plaintiff's *in forma*

1 | *pauperis* status. (ECF No. 108.) However, Defendants withdrew that motion on November 15, 2016, and the Court terminated it by order on November 17, 2016. (ECF Nos. 139, 140.) In light of this withdrawal and termination, it is no longer necessary to compel production of Plaintiff's trust account statement. It also is not necessary for the Court to issue a second order regarding collection of payments from Plaintiff's trust account. *See* ECF No. 6.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel production of his trust account statement and require transmittal of the deducted filing fee to the Court in compliance with order (ECF No. 119) is DENIED as moot.

IT IS SO ORDERED.

Dated: **August 3, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE