# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>A. JOHNSON, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01599-LJO-BAM (PC)<br><br>ORDER DENYING MOTION FOR 30-DAY EXTENSION OF TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 171) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims of excessive force and deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Johnson, Gonzales, Valdez, Munoz, Sexton, Ross, Thor, Doe, Kul, Busch, Bell, and Smith.

On September 11, 2017, the Court issued findings and recommendations recommending that Defendant Daniel Gonzales' motion for summary judgment or partial summary judgment be granted in part and denied in part, (ECF No. 169), and that Defendant Busch's motion for summary judgment or partial summary judgment be granted in part and denied in part, (ECF No. 170). Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (ECF No. 169, p. 14; ECF No. 170, p. 11.)

| | |
|---|---|
| 1 | Currently before the Court is a certificate of service filed on September 25, 2017. The |
| 2 | certificate of service states that on September 20, 2017, Plaintiff delivered to prison officials for |
| 3 | mailing: Plaintiff's First Motion for 30-day Extension of time to Object to the Findings & |
| 4 | Recommendations Granting Partial Summary Judgment to Defendant Gonzales (doc. 169) and |
| 5 | Busch (doc. 170); and a Supporting Declaration. (ECF No. 171.) Although the certificate of |
| 6 | service references these filings, no other documents were attached or received. Thus, the Court |
| 7 | construes the certificate of service as a motion for extension of time to file objections to the |
| 8 | findings and recommendations. |
| 9 | Plaintiff has not shown good cause, or any cause, for the requested extension of time. |
| 10 | Fed. R. Civ. P. 16(b)(4). |
| 11 | Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a 30-day extension of |
| 12 | time to object to the findings and recommendations granting partial summary judgment, (ECF |
| 13 | No. 171), is DENIED without prejudice. Plaintiff's objections remain due on or before |
| 14 | September 28, 2017. |

IT IS SO ORDERED.

Dated: **September 29, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE