# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>            Plaintiff,<br><br>      v.<br><br>A. JOHNSON, et al.,<br><br>            Defendants. | Case No. 1:13-cv-01599-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR PROTECTIVE ORDER AS MOOT<br><br>(ECF Nos. 161, 162) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims of excessive force and deliberate indifference to serious medical needs in violation of the Eighth Amendment against Defendants Johnson, Gonzales, Valdez, Munoz, Sexton, Ross, Thor, Doe, Kul, Busch, Bell, and Smith.

On August 10, 2017, Plaintiff filed a second motion for a protective order and a notice regarding the filing of this motion. (ECF Nos. 161, 162.) In his notice, Plaintiff states that he recently discovered that this motion, originally mailed to the Court on November 4, 2016, was never received by the Court. Plaintiff submits a copy of the original motion for filing.

Defendants filed an opposition on September 1, 2017. (ECF No. 163.) Defendants note that the deadline for conducting discovery and filing motions to compel has run, and Plaintiff's motion is moot for that reason. In addition, Defendants state that Plaintiff represented during his

1

deposition that he had produced all documents requested in the Notice of Deposition in his possession, custody, and control.  (Id.)

Based on the foregoing, it appears that the matters raised in Plaintiff's second motion for protective order are now moot.  Accordingly, Plaintiff's second motion for protective order (ECF No. 161) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: __**October 6, 2017**__   _____/s/ *Barbara A. McAuliffe*_____
                                                          UNITED STATES MAGISTRATE JUDGE