# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01599-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION FOR SANCTIONS<br><br>(ECF No. 164) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

On September 11, 2017, the assigned Magistrate Judge issued findings and recommendations recommending that Defendants' motion for sanctions, filed on October 3, 2016, be denied. (ECF No. 164.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 5.) No objections were filed, and the deadline for any remaining objections has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly,

1. The findings and recommendations issued on September 11, 2017 (ECF No. 164), are adopted in full;
2. Defendants' motion for sanctions (ECF No. 112) is DENIED; and
3. The matter is referred back to the assigned magistrate for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 6, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE